IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JAMES LEON O'BRYANT, | * | |
| Plaintiff, | * | |
| v. | | Case No. 7:22-cv-116-HL |
| | * | |
| SINGHANI INVESTMENT GROUP LLC, *et al.*, | * | |
| Defendants. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 21st day of June, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk